DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARTHA SABLON**,
Appellant,

v.

**RICARDO SABLON**,
Appellee.

No. 4D17-1771

[March 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Arthur M. Birken, Senior Judge; L.T. Case No. FMCE 16-003481 (35)(93).

Elbert Alfaro of the Law Offices of Alfaro & Fernandez, P.A., Miami Lakes, for appellant.

Daniel E. Forrest and Paulina Forrest of the Law Office of Daniel E. Forrest, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***